UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION at LONDON

CIVIL ACTION NO. 07-270-GWU

BILLY W. SMITH, PLAINTIFF,

VS.  **MEMORANDUM OPINION**

MICHAEL J. ASTRUE,
COMMISSIONER OF SOCIAL SECURITY, DEFENDANT.

This matter is before the court on the plaintiff's motion to remand for newly discovered evidence. The defendant opposes the motion.

The new evidence consists of an MRI of the lumbar spine dated July 18, 2007 showing degenerative disease at multiple levels, with a large paracentral disc herniation at L3-4.

Sentence Six of 42 U.S.C. Section 405(g) states, in relevant part, that: "The Court may . . . at any time order additional evidence to be taken before the Commissioner of Social Security, but only upon a showing that there is new evidence which is material and that there is good cause for failing to incorporate it in the prior proceeding . . . ."

In order to obtain a remand for further administrative proceedings, Section 405(g) clearly requires a showing of both materiality and good cause. <u>Cline v. Commissioner of Social Security</u>, 96 F.3d 146, 149 (6th Cir. 1996).

1

07-270 Smith

The new evidence is of questionable materiality to the plaintiff's condition prior to the January 3, 2007 administrative decision. While the Administrative Law Judge (ALJ) noted that Mr. Smith had not obtained an MRI to document his complaint of back pain, x-rays showing disc space narrowing and degenerative spurring were available, and the ALJ found that the plaintiff's degenerative disc disease of the lumbar spine was a "severe" impairment. (Tr. 20-1). The new evidence does not establish the presence of an additional physical problem, except to the extent that it shows a bulging disc. However, there was no evidence of motor or sensory deficits on physical examinations. (Tr. 21). The new evidence does not provide further information about Mr. Smith's ability to perform light or sedentary work. Oliver v. Secretary of Health and Human Services, 804 F.2d 964, 966 (6th Cir. 1986).

The new evidence does not satisfy the "good cause" requirement, either, as Smith has given no valid reason for his failure to obtain the evidence prior to the hearing. Willis v. Secretary of Health and Human Services, 727 F.2d 551, 554 (6th Cir. 1984).

07-270 Smith

The court finds that the plaintiff has not met the requirements for a remand.

An appropriate order will enter this day.

This the 17th day of October, 2007.

Signed By:

*G. Wix Unthank*

United States Senior Judge